# United States Court of Appeals for the Federal Circuit

January 4, 2007

<u>ERRATA</u>

Appeal No. 2006-3279

<u>Porter v. Merit Systems Protection Board</u>

Decided:  December 29, 2006.          Nonprecedential Opinion

In the opinion of Judge Newman, the following change is made:

Page 3, line 1, of the slip opinion, replace "became"  with -- because --.